**Order entered April 11, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01405-CV

### GREENVILLE AUTOMATIC GAS CO., Appellant

### V.

### AUTOMATIC PROPANE GAS AND SUPPLY, LLC AND STEVEN ANDERSON,
### Appellees

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 77486**

## ORDER

We **GRANT** appellees' April 9, 2014 second unopposed motion to extend time to file brief and **ORDER** the brief be filed no later than May 16, 2014. Appellees are cautioned that no further extensions will be granted absent exigent circumstances.

/s/     ELIZABETH LANG-MIERS
          JUSTICE